UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-00193-JPO**

| | |
|---|---|
| **Carlos Ruiz Florez**,<br>      Plaintiff,<br>vs.<br><br>**167 E. 33rd Corp** and<br>**Murray Hills Enterprises Inc.**,<br>      Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT 167 E. 33RD CORP** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendant **167 E. 33rd Corp.**

Dated: April 4, 2025.

                                                            s/Maria Costanza Barducci
                                                            Maria-Costanza Barducci (Bar No. 5070487)
                                                              *Attorney for Plaintiff*
                                                            BARDUCCI LAW FIRM, PLLC
                                                            5 West 19th Street, 10th Floor
                                                           New York, New York 10011
                                                           (212) 433-2554
                                                           MC@BarducciLaw.com