UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

**Carlos Ruiz Florez,**                                      Civil Action No.

                  Plaintiff,                    **1:25-cv-00193-JPO**

     -against-

**167 E. 33rd Corp.** and                                    **STIPULATION OF**
**Murray Hills Enterprises Inc.**                            **DISMISSAL WITH PREJUDICE**


                Defendants.

_____X

Plaintiff, and Defendant, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: April 4, 2025


By:/s_____

    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By:_____

    James M. Lemonedes
    Sills Cummis & Gross, P.C.
    101 Park Avenue
    Ste 28th Floor
    New York, NY 10178
    212-643-7000
    jlemonedes@sillscummis.com
    *Attorneys for Murray Hills Enterprise*


cc: Via CM/ECF